882 F.2d 513
 135 L.R.R.M. (BNA) 3120
 U.S.
v.
Local 30, United Slate, Tile and Composition Roofers, Damp
and Waterproof Workers Association Residential Reroofers
Local 30B, Traitz (Stephen, Jr.), Hurst (Edward P.), Mangini
(Michael)m Crosley (Robert), Daly (Michael), Cannon
(Daniel), Osborn (Mark), Medina (Robert), Williams (Ernest),
Nuzzi (James), Traitz (Stephen, III, Joseph), Schoenberger (Richard)
 NOS. 88-1841, 89-1139
United States Court of Appeals,
Third Circuit.
 JUL 06, 1989
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.